IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROGER UVALLE, <br> TDCJ #625717, <br>     Plaintiff, <br> v. <br> KELLY WEEKS, <br>     Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. H-05-2646 |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice as frivolous and malicious.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on the 16th day of August, 2005.

Nancy F. Atlas
United States District Judge